UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH GARCIA and MARIAN GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.  5:16-cv-02386-HRL<br><br>**ORDER VACATING SETTLEMENT REFERRAL** |

　　　Judge Cousins having recused himself from this matter, this court vacates its referral to him for settlement.  If the parties are unable to settle this matter through early ADR or through their own efforts, this court will, at a later time, refer this matter to a different magistrate judge for a settlement conference.

　　　SO ORDERED.

Dated:   August 4, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

5:16-cv-02386-HRL Notice has been electronically mailed to:

Claire T. Cormier     claire.cormier@usdoj.gov

Ramon Edward Lewis     ray@raylewislaw.com